UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAWN MARIE VINTON, | Case No. 1:09-cv-914 |
| Plaintiff, | |
| v. | HONORABLE PAUL L. MALONEY |
| CERTEGY CHECK SERVICES, INC., and FIDELITY NATIONAL INFORMATION SERVICES, INC., | |
| Defendants. | |

## JUDGMENT

For the reasons stated in this court's contemporaneously issued Opinion:

Final judgment is entered in favor of the defendants and against the plaintiff.

**IT IS SO ORDERED** on this   22nd   day of December 2009.

/s/ Paul L. Maloney
Hon. Paul L. Maloney
Chief United States District Judge